**Monroe WHITE, Sr., Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2008–7045.

United States Court of Appeals, Federal Circuit.

Sept. 23, 2008.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).